Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: ajacobs@swlaw.com
　　　　hcheong@swlaw.com

*Attorneys for Plaintiff, US Bank National Association,
as Trustee for GSAA Home Equity Trust 2006-5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; TERRACES AT ROSE LAKE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:16-cv-01776-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5 and Defendant SFR Investments Pool 1, LLC (collectively, the "Parties"), by and through their respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.[1]

/ / /

---

[1] Defendants Terraces at Rose Lake Homeowners Association and Alessi & Koenig, LLC did not appear in this litigation.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 13th day of February, 2020. | DATED this 13th day of February, 2020. |
| SNELL & WILMER L.L.P. | KIM GILBERT EBRON |
| By: */s/ Holly E. Cheong*<br>Andrew M. Jacobs, Esq.<br>(Nevada Bar No. 12787)<br>Holly E. Cheong, Esq.<br>(Nevada Bar No. 11936)<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-5* | By: */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>(Nevada Bar No. 10580)<br>Jacqueline A. Gilbert, Esq.<br>(Nevada Bar No. 10593)<br>Karen L. Hanks, Esq.<br>(Nevada Bar No. 9578)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 485-3300<br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.